UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE NEWTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVITA KIDNEY CARE,<br><br>　　　　　　Defendant. | Case No. 20-cv-01950-RS   (SK)<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 24 |

This matter was referred to the undersigned for settlement on June 25, 2020.  (Dkt. 23.)  The Court set a telephonic scheduling conference for July 7, 2020, at 9:00 a.m.  (Dkt. 24.)  The Court held the telephonic scheduling conference on July 7, 2020, at 9:00 a.m., but counsel for Plaintiff failed to appear.

The Court therefore issues this ORDER TO SHOW CAUSE to Plaintiff's counsel.  Counsel must file a response explaining the nonappearance and indicating why sanctions should not issue.  The response shall be due no later than July 10, 2020.

**IT IS SO ORDERED**.

Dated: July 7, 2020



SALLIE KIM
United States Magistrate Judge