UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE NEWTON,<br>　　　　　Plaintiff,<br>　　v.<br>DAVITA KIDNEY CARE,<br>　　　　　Defendant. | Case No. 20-cv-01950-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 3, 2020.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 10, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: October 2, 2020

_____
Richard Seeborg
United States District Judge