KENNETH FRUCHT, State Bar No. 178881
FREDERICK J. GEONETTA, State Bar No. 114824
**GEONETTA & FRUCHT, LLP**
825 Washington Street, Suite 220
Oakland, CA 94607
Telephone: (510) 254-3777

Attorneys for Plaintiff ANNETTE NEWTON

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE NEWTON, | **CASE NO.: 20-cv-01950 RS** |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL (Rule 41(a))** |
| DAVITA KIDNEY CARE, and DOES 1-25, inclusive, | **Complaint Filed:** **January 21, 2020**<br>**Trial Date:** **None Set**<br>**Judge:** **Hon. Richard Seeborg** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Annette Newton and Defendant DVA Renal Healthcare, Inc. (erroneously sued as Davita Kidney Care), by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, Case 20-cv-01950, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

GEONETTA & FRUCHT, LLP                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   _/s/ Kenneth Frucht_                    By:   _/s/ Lisa C. Hamasaki_
      Kenneth Frucht                                 Lisa C. Hamasaki
      Attorneys for Plaintiff                         Andrew M. Massara
      Annette Newton                                 Attorneys for Defendant DVA Renal
                                                     Healthcare, Inc. (erroneously sued as
                                                     Davita Kidney Care)

1

1    **IT IS SO ORDERED.**

2
     Dated: 11/12/2020
3                                                    _____
                                                     HONORABLE RICHARD SEEBORG
4                                                    JUDGE OF THE UNITED STATES DISTRICT
                                                     COURT FOR THE NORTHERN DISTRICT OF
5                                                    CALIFORNIA

6                                                                              44948619.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulated Dismissal**
*Newton v. Davita Kidney Care*, Northern District Court Case No 20-cv-01950 RS